707 A.2d 511

**Thomas G. FLEMING, Jr., Appellant,**

v.

**CITY OF ST. MARY'S.**

Supreme Court of Pennsylvania.

Argued March 10, 1998.

Decided April 3, 1998.

John R. Fernan, Ridgway, for Thomas G. Fleming.

Thomas G. Wagner, St. Mary's, Charles M. Means, Pittsburgh, for City of St. Mary's.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Order affirmed.